UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARSTON KEELEN (#125690)

VERSUS

SUPERINTENDENT MICHEAL DeJOHN

CIVIL ACTION

NO. 11-0747-BAJ-CN

# RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the motion, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 9, 2011 (doc. 4), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's Complaint is dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, December 30, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA